UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. WHITE, | No. 2:19-cv-01498 AC |
| Plaintiff, | |
| v. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order of the Ninth Circuit Court of Appeals (ECF Nos. 20, 21), the undersigned REVERSES the decision of the Commissioner of the Social Security Administration and REMANDS this case for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is instructed to enter judgment in favor of plaintiff[1] and close this case.

IT IS SO ORDERED.

DATED: October 4, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] Entry of judgment at this juncture is consistent with Shalala v. Schaefer, 509 U.S. 292, 296-97 (1993).