UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE L. WHITE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No.  2:19-cv-01498 AC<br><br><br>ORDER |

　　　　On February 2, 2023, the undersigned denied plaintiff's motion for attorney's fees.  ECF No. 26.  Plaintiff appealed, and on January 16, 2024, a mandate from the Ninth Circuit was issued reversing and remanding the undersigned's order.  The parties have taken no action in this case since the mandate was issued, and it is unclear to the court whether (a) the matter has been resolved by the parties amongst themselves, (b) plaintiff seeks adjudication of the motion as previously submitted, or (c) plaintiff intends to bring a new, revised motion for attorney's fees.  If plaintiff wishes file a new motion for fees, he is ORDERED to do so no later than April 3, 2024.  Any opposition or statement of non-opposition will be due within 21 days of plaintiff's motion, and a reply brief will be due within 7 days of any filed opposition.  If the parties have informally

////

////

resolved the matter, they shall inform the court by April 3, 2024. If no action is taken, the court will conclude that the matter is ripe for ruling on the basis of the previously-filed briefs.

    IT IS SO ORDERED.

DATED: March 6, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE